# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

UNITED STATES OF AMERICA,　　　　　　　Criminal No. 09-351 (JRT/FLN)

　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　**ORDER**

TROY HENRY LADE,

　　　　　　　　Defendant.

_____

> Nathan Petterson, Assistant United States Attorneys, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

> Andrew Mohring, Assistant Federal Defender, **OFFICE OF THE FEDERAL DEFENDER**, 300 South Fourth Street, Suite 107, Minneapolis, MN 55415, for defendant.

This matter is before the Court upon the defendant's motion to exclude the period of time from March 31, 2010 through April 30, 2010 from the Speedy Trial Act computations in this case. Pursuant to 18 U.S.C. § 3161(h)(8)(A), the Court finds that the ends of justice served by the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial. This finding is based on the facts set forth in the Defendant's Statement of Facts in Support of Exclusion of Time Under Speedy Trial Act and in the accompanying motion.

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1)      The defendant's motion to exclude time under the Speedy Trial Act

        [Docket No. 16] is **GRANTED**.

2)      The Change of Plea hearing is scheduled for April 5, 2010 at 4:30 p.m.


Dated: March 16, 2010
at Minneapolis, Minnesota                      ____s/ John R. Tunheim_____
                                               JOHN R. TUNHEIM
                                               United States District Judge